FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 JUL 13 AM 11:30

CLERK ᴍ. ᴅavis
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV407-018 |
| | ) | |
| 1826.34 CUBIC METERS, MORE OR LESS, | ) | |
| OF BIGLEAF MAHOGANY IMPORTED | ) | |
| FROM BELGIUM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE AND DISTRIBUTION

Plaintiff, the United States of America, has moved this Court, pursuant to Fed.R.Civ.P. 55(b), for the entry of a Default Judgment and Final Order of Forfeiture and Distribution against the defendant 1826.34 Cubic Meters of Big Leaf Mahogany ("defendant big leaf mahogany"), Sweetwater Lumber and Land, American World Cargo and Decospan nv, and all other persons and entities having an interest in the defendant big leaf mahogany. Plaintiff has shown that there was reasonable cause to seize the defendant big leaf mahogany; that a civil Verified Complaint for Forfeiture in Rem was filed pursuant to 16 U.S.C. § 1540(e)(4)(A), that all known parties were served with proper process; and that all other unknown potential claimants have been served by publication. As reflected by the record in this case, all persons and entities having an interest in the defendant big leaf mahogany have failed to file a claim, an answer, or otherwise

1

appear and defend the action. No person with standing is before the Court with cause to show why Judgment by Default should not be granted to the United States of America and against the defendant big leaf mahogany. Furthermore, no person with standing is before the Court to object to the Plaintiff's Application for Default Judgment and Motion for Final Order of Forfeiture and Distribution.

Therefore, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. The United States' Application for Default Judgment and Motion for Final Order of Forfeiture and Distribution are GRANTED;

2. The defendant big leaf mahogany is hereby condemned and forfeited to the United States of America and all right, title, claim and interest of Sweetwater Lumber and Land, American World Cargo, Decospan nv and all other persons and entities to the defendant big leaf mahogany are vested in the United States of America;

3. Sweetwater Lumber and Land, American World Cargo and Decospan nv and all other persons and entities having any right, title, claim or interest in the defendant big leaf mahogany are forever barred from asserting a claim;

4. Upon the entry of this Default Judgment and Final Order of Forfeiture and Distribution, the United States Marshals Service shall dispose of the defendant big leaf mahogany in accordance with 16 U.S.C. § 1540 and all applicable regulations under 7 C.F.R., Part 356.

5. The Clerk is hereby directed to enter judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure, upon the same terms and conditions as outlined in this Default Judgment and Final Order of Forfeiture and Distribution; and

6. The Clerk is hereby directed to send two certified copies of this Default Judgment and Final Order of Forfeiture and Distribution to the United States Marshals Service, 51 S.W. First Avenue, Room 900, Miami, FL 33130; two certified copies to Assistant United States Attorney Ruth H. Young, P.O. Box 8970, Savannah, Georgia 31412; and a copy to:

>Sweetwater Lumber and Land
>Post Office Box 66
>Austell, GA 30168
>
>Sweetwater Lumber and Land
>2912 Humphries Hills Road
>Austell, GA 30106
>
>American World Cargo
>167-10 South Conduit Avenue, No. 203
>Jamaica, NY 11434
>
>Decospan nv
>Lageweg 33
>B-8930 Menen Belgium

SO ORDERED, this 18th day of July 2007.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA