# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA
                Plaintiff

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV407-018

1826.34 CUBIC METERS, MORE OR LESS,
OF BIGLEAF MAHOGANY IMPORTED FROM
BELGIUM
                Defendant

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the terms and conditions as outlined in the Default Judgment and Final Order of Forfeiture and Distribution entered on July 18, 2007, Judgment is entered in favor of the Plaintiff, the United States of America, and against the Defendant pursuant to Rule 58 of the Federal Rules of Civil Procedure.

July 19, 2007
*Date*

Scott L. Poff
*Clerk*

*Mary Anne Hill*
(By) Deputy Clerk